No. 416. WALTER NELSON, EDWIN POWELL, JOHN HICKS, ET AL., *v.* W. G. POTTS, TREASURER OF THE STATE OF WASHINGTON; and

No. 417. W. S. CUNNINGHAM, REDMOND FREIGHT COMPANY, R. STRAIN, ET AL. *v.* W. G. POTTS, TREASURER OF THE STATE OF WASHINGTON. Appeals from the District Court of the United States for the Western District of Washington. Motions to dismiss submitted January 3, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *Moore v. Fidelity and Deposit Co.*, 272 U. S. 317; *In re Buder*, 271 U. S. 461. *Mr. John H. Dunbar* for appellee, in support of the motion. *Messrs. Robert F. Cogswell, Edwin C. Ewing,* and *W. R. Crawford* for appellants, in opposition thereto.